**SEALED**

FILED
Nov 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>WILLIAM ARTHUR POUSH,<br>ROSA FERNANDEZ,<br>TIMOTHY ROBERT HINGSTON,<br>SPENCER MATTHEW HOPPER, and<br>DALE VINCENT PEREZ,<br><br>　　　　　　　Defendants. | CASE NO. 1:22-mj-00171-SAB<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT AND ARREST WARRANTS |

　　The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and arrest warrants to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation,

　　IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: **Nov 1, 2022**

　　　　　　　　　　　　　　　　　　　　_/s/ Stanley A. Boone_
　　　　　　　　　　　　　　　　　　　　Hon. Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Order Sealing Complaint and Arrest Warrants　　　　　1